## Evans et al. *v.* Porter, Appellant.

Argued January 5, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

George Y. Meyer, of Meyer & Nunnink, with him Fran-
cis A. Wolf, for appellant.

Henry X. O'Brien and Thomas M. Marshall, Jr., for
appellees, were not heard.

PER CURIAM, February 3, 1932:

Plaintiffs sued in trespass to recover for injuries suf-
fered by the minor plaintiff in an automobile accident,
and defendant appeals from the order of the court below
granting a new trial.

At the conclusion of the testimony in the lower court,
defendant's point for binding instructions was affirmed,
and a verdict directed in his favor. The opinion of the
court in banc granting a new trial states: "After a care-
ful consideration and review of the testimony in this
case, we are of the opinion that the trial judge erred in
affirming this point [for binding instructions] and
should have submitted the case to the jury" to deter-
mine the question of defendant's negligence and the con-
tributory negligence of the minor plaintiff. A supple-
mentary opinion quoting evidence of various witnesses

148

gives in more detail the court's reasons for concluding that a retrial should be had. Following our invariable rule, under such circumstances, we will not disturb an order granting a new trial, "except in cases where the record shows an unmistakable abuse of discretion": Lombardo v. Barilla, 302 Pa. 460, and cases there cited. In the appeal now before us the record fails to show such abuse.

The judgment is affirmed.